UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DIANA COUTTS,

          Plaintiff,

v.                                          Case No.  5:11-cv-585-Oc-10TBS

TRAVELERS INDEMNITY COMPANY,

          Defendant.
_____

### ORDER

Pending before the Court is Plaintiff's Motion for Clerk's Default. (Doc. 4). Plaintiff served Defendant on September 21, 2011.  See Doc. 4, Exhibit A.  On October 31, 2011, Plaintiff filed the instant Motion because Defendant had not yet filed a responsive pleading to the Complaint.

Pursuant to Federal Rule of Civil Procedure Rule 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."  However, a review of the docket shows that Defendant filed a Notice of Removal (Doc. 1) on October 21, 2011 and its Answer and affirmative defenses (Doc. 5) on October 31, 2011.  Accordingly, Plaintiff's Motion for Clerk's Default (Doc. 4) is DENIED.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on November 1, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel